UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN DARWIN, <br><br>                              Plaintiff, <br><br> -v.- <br><br> NEWBURGH OPERATIONS, LLC d/b/a SAPPHIRE NURSING AT MEADOW HILL, et al., <br><br>                              Defendants. | 22 Civ. 00872 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On **Wednesday, July 12, 2023 at 12:30 p.m.**, the Court will hold a status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 905 513 106 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge