UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN DARWIN,<br><br>                        Plaintiff,<br><br>     -v.-<br><br>NEWBURGH OPERATIONS, LLC d/b/a SAPPHIRE NURSING AT MEADOW HILL, et al.,<br><br>                        Defendants. | 22 Civ. 00872 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      On **September 27, 2023** at **12:15 p.m.**, the Court will hold a conference to address Defendants' motion for summary judgment. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 269 299 706 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

      SO ORDERED.

Dated: September 18, 2023
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge