UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN DARWIN,<br><br>                              Plaintiff,<br><br>-v.-<br><br>NEWBURGH OPERATIONS, LLC, et al.<br><br>                              Defendants. | 22 Civ. 00872 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon consideration of evidentiary arguments raised but not fully explicated in the parties' summary judgment papers, and for the reasons stated on the record at the September 27, 2023 conference, it is hereby ORDERED as follows:

The parties shall incorporate points and authorities regarding the purported authentication issues into their summary judgment briefs and resubmit them. Each party must include a list clearly identifying the documents at issue, in that party's view. The Court will not guess, based on the parties' contentions, which materials fall into that category.

The parties' briefs may only be amended as explained herein. No other modifications, including any changes designed to cure perceived deficiencies, will be permitted. In that regard, Defendants' opening brief may not be amended to add or substitute (1) any arguments for summary judgment, or (2) any support from the record. Standard page limits will not apply.

By **October 9, 2023**, the parties shall file a joint letter proposing a timetable to revise their briefs.

In view of the foregoing, the Court's decision on Defendants' motion for summary judgment is hereby stayed.

SO ORDERED.

Dated: September 30, 2023
       New York, New York

                                                              _____
                                                              JENNIFER H. REARDEN
                                                              United States District Judge